THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 15, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

ROBERT E. KITNER
TINA M. KITNER
    Debtor                       CASE NO. 14-28282

ORDER APPROVING STIPULATION

     The Court has reviewed the Stipulation filed August 11, 2016 between debtor and Springleaf Financial Services of Wisconsin, Inc., resolving the Motion for Relief from Stay as to the 1990 Ford F150 and 2005 Honda VTX300R.

     IT IS FURTHER ORDERED: the stipulation, which is attached to this order, is approved, and the parties are authorized to act in accordance with its terms.

     IT IS FURTHER ORDERED: the Court will not enforce a "doomsday provision" (but may enforce a letter renewal to which no objection is filed) for any post-petition payment default prior to the effective date of this Order. The effective date of this Order is 14 days after entry.

                                    ######

Document Drafted By:
Tadych Law Office,S.C.
5232 W. Oklahoma Avenue, Suite 200
Milwaukee, Wisconsin 53219
(414) 321-1528

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

ROBERT E. KITNER
TINA M. KITNER

              Debtor

CASE NO. 14-28282
CHAPTER 13

STIPULATION

IT IS HEREBY STIPULATED by the creditor, Springleaf Financial Services of Wisconsin, Inc. (Hereinafter "Springleaf") by their attorney Matthew J. Tadych, and the debtor(s), Robert E. Kitner and Tina M. Kitner, by their attorney(s) William Nickolai, that:

1. That debtors will make payments to Springleaf in the amount of $200.00 per month outside the plan with the first payment being made by August 10, 2016, and by the 10th of each month thereafter until the balance of $904.63 is paid in full.

2. That if the debtor fails to make a payment within ten (10) days of when due then Springleaf may submit an affidavit of default and order for Relief from the Automatic Stay, and they will be granted a Relief from the Stay.

3. That creditor's Motion for Relief from the Automatic Stay will be dismissed pursuant to the terms of this Stipulation.

Document Drafted By:
Tadych Law Office, S.C.
5232 W. Oklahoma Avenue, Suite 200
Milwaukee, WI 53219
(414) 321-1528

|  |  |
|---|---|
| Date: 7-26-2016 | NICKOLAI & POLETTI, LLC<br><br>_____<br>William Nickolai<br>Attorney for Debtors |
| Date: 8/4/16 | _____<br>MATTHEW J. TADYCH<br>Attorney for Springleaf<br>Financial Services of WI, Inc. |

No Objection:

|  |  |
|---|---|
| Date: 8-9-16 | For _____<br>Mary B. Grossman<br>Chapter 13 Trustee's Office |

Document Drafted By:
Tadych Law Office, S.C.
5232 W. Oklahoma Avenue, Suite 200
Milwaukee, WI 53219
(414) 321-1528